Leslee A. STANTON, Appellant–Respondent,

v.

Blaine W. STANTON, Respondent–Appellant.

Nos. WD 43677, WD 43721.

Missouri Court of Appeals, Western District.

Oct. 8, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 1991.

Application to Transfer Denied Jan. 28, 1992.

Robert B. Randolph, St. Joseph, for appellant-respondent Leslee A. Stanton.

Mark H. Wissehr, St. Joseph, for respondent-appellant Blaine W. Stanton.

Before KENNEDY, P.J., and SHANGLER and ULRICH, JJ.

## ORDER

PER CURIAM.

The wife and husband appeal separately from the order of division of marital property of the dissolution decree. The wife

---

1. Streeter's motion to strike Stokes' brief is denied.

appeals also from the denial of her request for attorney fees and expenses of suit.

Affirmed. Rule 84.16(b)